# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-01657-001-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Alenego Salazar-Arana, | |
| Defendant. | |

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record (Doc. 15) as to Defendant, Alenego Salazar-Arana, is granted and CJA Attorney, Francisco Leon, is appointed as Counsel of record for Defendant, in the place and stead of CJA Attorney, Scott M. McNamara.

Dated this 15th day of December, 2023.

Honorable Maria S. Aguilera
United States Magistrate Judge